UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DARRELL D. MEADOR,**

    **Plaintiff,**

v.

**LUHR BROS INC.**,

    **Defendant.**                    No. 14-cv-1285-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 1, 2015 (Doc. 41), this case is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:    */s/Caitlin Fischer*
                                            **Deputy Clerk**

Dated:   January 8, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.01.08
11:49:20 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE